TOLEDO BAR ASSOCIATION *v.* LUBITSKY.

[Cite as *Toledo Bar Assn. v. Lubitsky* (1992), 63 Ohio St.3d 669.]

(No. 91–2165—Submitted February 12, 1992—Decided May 20, 1992.)

*Ronald S. Moening* and *Dale W. Fallat,* for relator.

*Stewart H. Aron,* for respondent.

---

*Per Curiam.*   We have reviewed the record, and concur in the findings and recommendations of the board.   Respondent, Gerald S. Lubitsky, is hereby suspended from the practice of law in Ohio for six months, with reinstatement contingent upon his return of $8,500 to Samuel Geraldo.   Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, McCORMAC, WRIGHT, H. BROWN and RESNICK, JJ., concur.

JOHN W. McCORMAC, J., of the Tenth Appellate District, sitting for DOUGLAS, J.